NL Quality Med., P.C. v GEICO Ins. Co. (2020 NY Slip Op 51367(U))

[*1]

NL Quality Med., P.C. v GEICO Ins. Co.

2020 NY Slip Op 51367(U) [69 Misc 3d 143(A)]

Decided on November 13, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 13, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2263 K C

NL Quality Medical, P.C., as Assignee of
Munno, Daniel, Respondent, 
against
GEICO Ins. Co., Appellant. 

Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Cenceria P.
Edwards, J.), entered August 24, 2018. The order, insofar as appealed from and as limited by the
brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground that plaintiff had failed to appear
for duly scheduled examinations under oath (EUOs), and plaintiff cross-moved for summary
judgment. By order entered August 24, 2018, the Civil Court denied the motion and cross
motion, but found, in effect pursuant to CPLR 3212 (g), that the only issue remaining for trial
was defendant's defense that plaintiff had failed to appear for the scheduled EUOs. Defendant
appeals, as limited by its brief, from so much of the order as denied its motion.
The proof submitted by defendant was sufficient to demonstrate that plaintiff had failed to
appear for the EUOs (see Stephen Fogel
Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]; Gentlecare Ambulatory Anesthesia Servs. v
GEICO Ins. Co., 59 Misc 3d 152[A], 2018 NY Slip Op 50864[U] [App Term, 2d Dept,
2d, 11th & 13th Jud Dists 2018]), which showing plaintiff failed to rebut. To the extent
plaintiff challenges the Civil Court's implicit CPLR 3212 (g) findings in favor of defendant with
respect to the mailing of the EUO [*2]scheduling letters and
denial of claim forms, the proof submitted by defendant was sufficient to demonstrate that the
EUO scheduling letters and denial of claim forms had been timely mailed (see St. Vincent's Hosp. of Richmond v
Government Empls. Ins. Co., 50 AD3d 1123 [2008]).
Accordingly, the order, insofar as appealed from, is reversed and defendant's motion for
summary judgment dismissing the complaint is granted.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 13, 2020